Renea I. Saade
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax: 907-258-5519

Attorneys for American Civil Constructors West Coast, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| POOL ENGINEERING, INC., an Alaska Corporation,<br><br>          Plaintiff,<br><br>   vs.<br><br>AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., a California Corporation,<br><br>         Defendant. | IN ADMIRALTY<br><br>Case No. 5:10-cv-00003 [JWS]<br><br>**PARTIES' JOINT NOTICE OF SETTLEMENT** |

By and through their legal counsel, the Plaintiff Pool Engineering, Inc. and Defendant American Civil Constructors West Coast, Inc. hereby jointly notify this Honorable Court that the parties have reached a mutually acceptable agreement to resolve their respective claims. The parties are in the process of memorializing the terms and conditions of their agreement to settle but anticipate that a stipulation of dismissal will not be filed for several weeks and possibly not until August of 2011. The

Joint Notice of Settlement
*Pool Engineering, Inc. v. ACC West Coast, Inc.,* Case No. 5:10-cv-3 [JWS]       Page 1 of 2
11193.0018

Case 5:10-cv-00003-JWS   Document 18   Filed 03/23/11   Page 1 of 2

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106  Fax: (907) 258-5519

parties do not anticipate any other activity in this matter other than the filing of the stipulation of dismissal.

Dated: March 23, 2011

OLES MORRISON RINKER & BAKER LLP
Attorneys for Defendant American Civil
    Constructors West Coast, Inc.

By:    s/ Renea I. Saade
       Renea I. Saade
       745 W. 4th Ave., Suite 502
       Anchorage, AK 99501
       Phone:  (907) 258-0106
       Fax:  (907) 258-5519
       Email:  saade@oles.com
       Alaska Bar No. 0911060

Dated: March 23, 2011

BAUER MOYNIHAN & JOHNSON, LLP
Attorneys for Plaintiff Pool Engineering, Inc.

By:    s/ Donald McLean    (consent)
       Donald McLean
       2101 4th Avenue – 24th Floor
       Seattle, WA 98121-2320
       Phone:  (206) 443-3400
       Fax:  (206) 448-9076
       Email:  dkmclean@bmjlaw.com
       Alaska Bar No. 0403006

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 23, 2011 a copy of the foregoing Notice of Settlement was served electronically on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
dkmclean@bmjlaw.com

OLES MORRISON RINKER & BAKER LLP

By:  /s/ Renea I. Saade

4840-6856-2185, v.  1

Joint Notice of Settlement
*Pool Engineering, Inc. v. ACC West Coast, Inc.,* Case No. 5:10-cv-3 [JWS]          Page 2 of 2
11193.0018

OLES MORRISON RINKER & BAKER LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501-2136
Tel: (907) 258-0106   Fax: (907) 258-5519