Renea I. Saade
OLES MORRISON RINKER & BAKER, LLP
745 West Fourth Avenue, Suite 502
Anchorage, Alaska 99501
Phone: 907-258-0106
Fax: 907-258-5519

Attorneys for American Civil Constructors West Coast, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| POOL ENGINEERING, INC., an Alaska Corporation,<br><br>        Plaintiff,<br><br>    vs.<br><br>AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., a California Corporation,<br><br>        Defendant. | IN ADMIRALTY<br><br>Case No. 5:10-cv-00003 [JWS]<br><br>**STIPULATION FOR DISMISSAL** |

By and through their legal counsel, the Plaintiff Pool Engineering, Inc. and Defendant American Civil Constructors West Coast, Inc. hereby stipulate that this matter should be dismissed with prejudice and without costs to either party. The parties further agree that all rights to appeal have been waived.

Stipulation for Dismissal
*Pool Engineering, Inc. v. ACC West Coast, Inc.,* Case No. 5:10-cv-3 [JWS]    Page 1 of 2
11193.0018
Case 5:10-cv-00003-JWS   Document 24   Filed 09/30/11   Page 1 of 2

| | | |
|---|---|---|
| Dated: September 30, 2011 | | OLES MORRISON RINKER & BAKER LLP<br>Attorneys for Defendant American Civil Constructors West Coast, Inc. |
| | | By:  s/ Renea I. Saade<br>Renea I. Saade<br>745 W. 4th Ave., Suite 502<br>Anchorage, AK 99501<br>Phone: (907) 258-0106<br>Fax: (907) 258-5519<br>Email: saade@oles.com<br>Alaska Bar No. 0911060 |
| Dated: September 30, 2011 | | BAUER MOYNIHAN & JOHNSON, LLP<br>Attorneys for Plaintiff Pool Engineering, Inc. |
| | | By:  s/ Donald McLean  (by consent)<br>Donald McLean<br>2101 4th Avenue – 24th Floor<br>Seattle, WA 98121-2320<br>Phone: (206) 443-3400<br>Fax: (206) 448-9076<br>Email: dkmclean@bmjlaw.com<br>Alaska Bar No. 0403006 |

CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2011 a copy of the foregoing Stipulation of Dismissal was served electronically on:

Donald K. McLean
Bauer Moynihan & Johnson LLP
dkmclean@bmjlaw.com

OLES MORRISON RINKER & BAKER LLP

By: /s/ Renea I. Saade

4840-7630-2859, v. 2

Stipulation for Dismissal
*Pool Engineering, Inc. v. ACC West Coast, Inc.,* Case No. 5:10-cv-3 [JWS]  Page 2 of 2
11193.0018
Case 5:10-cv-00003-JWS   Document 24   Filed 09/30/11   Page 2 of 2