IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| POOL ENGINEERING, INC., an Alaska Corporation, | ) ) ) IN ADMIRALTY |
| Plaintiff, | ) ) |
| vs. | ) Case No. 5:10-cv-00003 [JWS] ) ) **ORDER OF DISMISSAL** ) |
| AMERICAN CIVIL CONSTRUCTORS WEST COAST, INC., a California Corporation, | ) ) ) ) |
| Defendant. | ) ) |

This matter having come before the Court upon the parties' Stipulation for Dismissal, this Court hereby ORDERS this matter DISMISSED with prejudice and without costs to either party.

DATED: October 3, 2011

/s/ JOHN W. SEDWICK
UNITED STATES DISTRICT COURT